AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br>Cisco Cruzito Pinto<br>year of birth 1986<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  24-MJ-260 |

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Cisco Cruzito Pinto, year of birth 1986,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C. §§1153, 2241(c) & 2246(2)(A) - Aggravated Sexual Abuse in Indian Country

Date: 2/22/2024

*Issuing officer's signature*

City and state:   Farmington, NM

B. Paul Briones, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/22/2024, and the person was arrested on *(date)* 2/26/2024
at *(city and state)* Dulce, New Mexico.

Date: 2/26/2024

*Arresting officer's signature*

Tyler Rackham  Special Agent
*Printed name and title*