# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | MJ 24-0260 BPB | UNITED STATES vs. PINTO | |
| Hearing Date: | 2/29/2024 | Time In and Out: | 9:55-10:31 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Cisco Cruzito Pinto | Defendant's Counsel: | Hadley Brown |
| AUSA: | Meg Tomlinson | Pretrial/Probation: | George Rodriguez |
| Interpreter: | | Witness: | Victor Cabezas |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☒ Government calls FBI Agent Victor Cabezas (sworn)/conducts direct examination; Defense counsel conducts cross examination; Government conducts redirect; Court excuses witness from the stand; Defense counsel addresses court regarding probable cause; Government responds
- ☐ Defendant
- ☒ Court finds probable cause    ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives right to contest detention
- ☒ Defense counsel requests Detention Hearing be continued to the afternoon so that Defendant can be interviewed by Pretrial Services; Government does not oppose; Detention Hearing will be held at 2:30 on February 29, 2024

## Custody Status

- ☒ Defendant detained pending hearing
- ☐ Conditions

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to ___ for Final Revocation Hearing
- ☐