**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | MJ 24-260 BPB | UNITED STATES vs. PINTO | |
| Hearing Date: | 2/29/2024 | Time In and Out: | 3:01-3:32 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Cisco Cruzito Pinto | Defendant's Counsel: | Hadley Brown |
| AUSA: | Meg Tomlinson | Pretrial/Probation: | George Rodriguez |
| Interpreter: | | Witness: | |

**Proceedings**

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Defendant waives right to contest detention
- ☒ Defendant requests release
- ☒ Government objects to recommendation of pretrial services and argues for detention

**Custody Status**

| | | |
|---|---|---|
| ☐ | Defendant | |
| ☒ | Conditions of release imposed | USPO indicates there is a wait at the halfway house; Defendant will be release as soon as there is availability |

**Other Ruling**

☐